SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON



UNITED STATES OF AMERICA

v.  CASE NUMBER: 3:18-mj-00038

JAMES CHRISTOPHER BRADY

## MOTION TO SEAL

Comes now the United States of America by Joseph F. Adams, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Affidavit, Arrest Warrant, this Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

s/Joseph F. Adams
JOSEPH F. ADAMS
Assistant United States Attorney
WV State Bar No. 9620
845 Fifth Avenue, Room 209
Huntington, WV  25701
Telephone:  304-529-5799
Fax:  304-529-5545
E-mail: joe.adams@usdoj.gov